**Donna COLEMAN, Petitioner–Appellant,**

v.

**Gwendolyn MITCHELL, Respondent–Appellee.**

**No. 07–15888.**

United States Court of Appeals, Ninth Circuit.

Submitted July 14, 2009.*

Filed July 21, 2009.

---

* The panel unanimously finds this case suitable for decision without oral argument. *See* Fed. R.App. P. 34(a)(2).

Donna Coleman, Chowchilla, CA, pro se.

Brian George Smiley, AGCA–Office of the California Attorney General, Sacramento, CA, for Respondent–Appellee.

Before: SCHROEDER, THOMAS, and WARDLAW, Circuit Judges.

## MEMORANDUM **

California state prisoner Donna Coleman appeals from the district court's judgment denying her 28 U.S.C. § 2254 habeas petition. We have jurisdiction pursuant to 28 U.S.C. § 2253, and we affirm.

Coleman contends that her right to due process was violated when her legs were

shackled in front of the jury. Because Coleman procedurally defaulted the claim in her federal habeas petition, we do not reach the merits of her claim. *See Coleman v. Thompson*, 501 U.S. 722, 729, 111 S.Ct. 2546, 115 L.Ed.2d 640 (1991); *see also Estelle v. McGuire*, 502 U.S. 62, 67–68, 112 S.Ct. 475, 116 L.Ed.2d 385 (1991).

**AFFIRMED.**

---

** This disposition is not appropriate for publication and is not precedent except as provided by 9th Cir. R. 36–3.